UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2016 APR 11  PM 3: 31

CLERK

BY_____
DEPUTY CLERK

| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 5:15-cr-97-01 |
| | ) | |
| WILLIAM ALLEN | ) | |

## ENTRY ORDER

On April 11, 2016, the parties appeared for hearing on the Government's Motion to Suppress Statements (doc. 38). Counsel for the Government stated that it would not use any portion of the interview conducted on August 4, 2015, in its case in chief. This decision rendered the motion to suppress moot. The Government reserved the right to use the interview in rebuttal or cross-examination of the defendant at trial, pursuant to existing exceptions to the suppression rule. The use of the interview in any potential sentencing hearing was reserved for decision at another time.

The case is set for trial from June 6 through June 8, 2016, subject to counsel's commitment in another pending case.

Dated at Rutland, in the District of Vermont, this 11TH day of April, 2016.

Geoffrey W. Crawford, Judge
United States District Court