UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2016 JUN -9 PM 3:02

CLERK

BY ____ DEPUTY CLERK

UNITED STATES OF AMERICA )
)
v. ) No. 5:15-cr-97-1
)
WILLIAM ALLEN, )
Defendant. )

SECOND SUPERSEDING INDICTMENT

COUNTS ONE TO EIGHT

The Grand Jury charges that:

In or about May 2014, in the District of Vermont, defendant WILLIAM ALLEN knowingly received visual depictions of a minor engaging in sexually explicit conduct using a means and facility of interstate and foreign commerce, where the producing of such visual depictions involved the use of minors engaging in sexually explicit conduct and such visual depictions were of such conduct, as follows:

| Count | File Name |
|---|---|
| 1 | 2011 PTHC Falko AWESOME 7yo and 8yo Child porn (34).jpg |
| 2 | 2011 PTHC Falko AWESOME 7yo and 8yo Child porn (87).jpg |
| 3 | 2011 PTHC Falko AWESOME 7yo and 8yo Child porn (53).jpg |
| 4 | 2011 PTHC Falko AWESOME 7yo and 8yo Child porn (112).jpg |
| 5 | 2011 PTHC Falko AWESOME 7yo and 8yo Child porn (35).jpg |

| 6 | 2011 PTHC Falko AWESOME 7yo and 8yo Child porn (19).jpg |
|---|---|
| 7 | 2011 PTHC Falko AWESOME 7yo and 8yo Child porn (88)(1).jpg |
| 8 | 2011 PTHC Falko AWESOME 7yo and 8yo Child porn (80).jpg |

(18 U.S.C. § 2252(a)(2))

COUNT NINE

The Grand Jury further charges that:

On or about May 16, 2014, in the District of Vermont, the defendant, WILLIAM ALLEN, knowingly distributed visual depictions using a means and facility of interstate and foreign commerce, where the producing of such visual depictions involved the use of minors engaging in sexually explicit conduct and such visual depictions were of such conduct.

(18 U.S.C. § 2252(a)(2))

- 10Yo_Angelita – computer room naked pussy show.jpg

- (Kleuterkutje) (Frifam) This Babyj (ロリータ)(洋炉)(無修正)欧美 幼 5Yo.rmvb

- (pthc opva 2013 2014) pthc Swiss German 2013 MVI_0084 8yo fullsex.mpg

that had been shipped and transported using any means and facility of interstate and foreign commerce, and shipped and transported in and affecting interstate and foreign commerce, where the producing of such visual depictions involved the use of minors engaging in sexually explicit conduct and such visual depictions were of such conduct.

(18 U.S.C. § 2252(a)(4))

COUNT ELEVEN

The Grand Jury further charges:

In or about April 2015, in the District of Vermont, defendant WILLIAM ALLEN knowingly caused Kerissa Allen's possession of at least one matter which contained visual depictions that had been shipped and transported using any means and facility of interstate and foreign commerce, and shipped and transported in and affecting interstate and foreign commerce, where the producing of such visual depictions involved the use of minors engaging in sexually explicit conduct and such visual depictions were of such conduct.

(18 U.S.C. §§ 2252(a)(4), 2)

A TRUE BILL

[redacted]

Eric S. Miller (JAO)
United States Attorney
Burlington, Vermont
June 9, 2016